PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at 3 o'clock and 35 min P.H.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: RYAN KAWIKA SONOGNINI     Case Number: CR 02-00341HG-04

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 7/26/2004

Original Offense:    Count 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
                     INTENT TO DISTRIBUTE IN EXCESS OF 500 GRAMS OF
                     COCAINE, in violation of 21 U.S.C. §§ 841(a)(1) and 846,
                     a Class B felony

Original Sentence:   The defendant is hereby committed to the custody of the
                     United States Bureau of Prisons to be imprisoned for a total term of
                     forty-three (43) months.  Upon release from imprisonment, the
                     defendant shall be on supervised release for a term of five (5)
                     years with the following special conditions:  1) The defendant shall
                     participate in a substance abuse program, which may include drug
                     testing at the discretion and direction of the Probation Office;
                     2) The defendant is prohibited from possessing any illegal or
                     dangerous weapons; 3) The defendant provide the Probation
                     Office access to any requested financial information; and 4) The
                     defendant shall submit his person, residence, place of
                     employment, or vehicle to a search conducted by the
                     U.S. Probation Office at a reasonable time and in a reasonable
                     manner, based upon reasonable suspicion of contraband or
                     evidence of a violation of a condition of supervision.  Failure to
                     submit to a search may be grounds for revocation.  The defendant
                     shall warn any other resident that the premises may be subject to
                     search pursuant to this condition.

Type of Supervision: Supervised Release     Date Supervision Commenced: 9/14/2005

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

## CAUSE

Since the commencement of supervised release on 9/14/2005, the subject has been compliant and posed no management problems. He has maintained stable housing and employment since his release. The subject is currently enrolled in outpatient substance abuse treatment at Freedom Recovery Services and appears to be drug-free.

Although the subject is not in violation of his conditions of supervised release, we respectfully recommend the Court modify his conditions of supervision as reflected above. Given the _United States v. Stephens_, (9th Circuit 2005) ruling, the Probation Office is limited to three random tests outside of drug treatment. The subject has an extensive substance abuse history as outlined in the presentence report. With that being said, drug testing is the most reliable method for monitoring the subject's drug use. The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight tests per month. This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the subject to predict test dates.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 5/4/2006

---

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

HELEN GILLMOR
Chief U.S. District Judge

5·17·06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]  To extend the term of supervision for  years, for a total term of  years.
[X]  To modify the conditions of supervision as follows:

*That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

Witness: _____     Signed: _____
JONATHAN K. SKEDELESKI                             RYAN KAWIKA SONOGNINI
U.S. Probation Officer                                         Supervised Releasee

4·27·06
Date